IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAYMOND STRONG,

    Plaintiff,

v.                                                4:22cv271–WS/MAF

FLORIDA STATE DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 6) docketed August 3, 2022. The magistrate judge recommends that the plaintiff's case be dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g). The plaintiff has filed no objections to the magistrate judge's report and recommendation.

As did the magistrate judge, the undersigned finds that the plaintiff—whose complaint fails to make a colorable showing that he is in imminent danger of serious physical injury—is barred under § 1915(g) from proceeding in forma

pauperis in this case.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 6) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE to the plaintiff's initiating a new cause of action accompanied by the $402.00 filing fee.

3. The clerk shall enter judgment stating: "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)."

4. The clerk shall close the case.

DONE AND ORDERED this   7th   day of   September  , 2022.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE